**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------x

ITZHAK FRIEDLANDER

                        Plaintiff,

   -v.-

MIDLAND CREDIT MANAGEMENT, INC.

                        Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:23-cv-21715

## **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 27, 2024

Respectfully Submitted,

*/s/Muhammad Hasan Siddiqui*
Muhammad Hasan Siddiqui
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Phone: 201-282-6500
Hsiddiqui@steinsakslegal.com

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 2/28/2024